UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

District Court Case No.: 20-cv-5855 (DG)(RML)
Appeal Case No.: 26-2221

ESTEBAN MARQUEZ,

Plaintiff-Appellant,

v.

INDIAN TAJ, INC. D/B/A SANTOOR INDIAN RESTAURANT, BALVINDER SINGH, HARMINDDER SINGH, JOGINDER SINGH, KIRPAL SINGH, AND MEHANGA SINGH,

Defendants,

KIRPAL SINGH,

Defendant-Appellee.

---

# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

INSTRUCTIONS: Each lead counsel of record or pro se party must complete this form and return it to the Clerk of the United States Court of Appeals for the Second Circuit within 14 days of receipt of the docketing notice.

1. Counsel Information
    - Name of Attorney: Manuel Moses
    - Firm Name: Moses Law Office of New York PLLC
    - Address: 236 West 26th Street Suite 303, New York, NY 10001
    - Telephone Number: 212-736-2624 x11
    - E-mail Address: manuelmoses@icloud.com
    - Represented Party (Client): Kirpal Singh, Defendant-Appellee
2. Appellate Designations & Caption Review
    - Corrected Caption: The caption matches the docket or requires the following corrections: *No corrections needed; Kirpal Singh appears as Defendant-Appellee.*
    - Appellate Status:
        - [ ] Appellant
        - [x] Appellee
        - [ ] Intervenor
        - [ ] Amicus Curiae
3. Certification of Bar Admission
    - Bar Status: I certify that I am admitted to the bar of this Court.
    - Admission Status: [x] Admitted to the Second Circuit Bar 3930195
4. Related Cases
    - Are there any related cases pending in this Court?
        - [ ] Yes / [x] No
    - *If yes, provide docket numbers and brief descriptions:* N/A

Dated: August 14, 2026
New York, New York

Respectfully submitted,

*Manuel Moses*

Manuel Moses
Moses Law Office of New York PLLC
Attorney for Defendant-Appellee Kirpal Singh