# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Marquez vs. Singh Docket No.: 26-2221

Lead Counsel of Record (name/firm) or Pro se Party (name): Manuel Moses, Esq. Moses Law Office of New York PLLC

Appearance for (party/designation): Kirpal Singh Defendant-Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [x] Correct
- [ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
- [x] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: ____
- [ ] Incorrect. Please change the following parties' designations:
  Party Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [x] Correct
- [ ] Incorrect or Incomplete, and should be amended as follows:

Name: Manuel Moses, Esq.
Firm: Moses Law Office of New York PLLC
Address: 236 West 26th Street Suite 303 New York, NY 10001
Telephone: 212-736-2624 x11 Fax: 212-981-0528
Email: manuelmoses@icloud.com

## RELATED CASES

- [x] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are: ____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: ____

## CERTIFICATION

I certify that [x] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 4/19/2022 OR that ( ) I applied for admission on ____ or renewal on ____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: [signature]
Type or Print Name: Manuel Moses

OR

Signature of pro se litigant: ____
Type or Print Name: ____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.