MOSER
LAW FIRM
LABOR LAW | DERECHO LABORAL

**Steven J. Moser, Esq.**
steven.moser@moserlawfirm.com
Direct 631.697.8876

August 26, 2026

**VIA CM/ECF**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re: Scheduling Notification Pursuant to Local Rule 31.2(a)(1)(A)**
*Marquez v. Singh*, No. 26-958540
On Appeal from the United States District Court for the Eastern District of New York, No. 1:20-cv-05855-DG-RML (Gujarati, J.)

Dear Ms. Wolfe:

Pursuant to Second Circuit Local Rule 31.2(a)(1)(A), Plaintiff-Appellant Esteban Marquez respectfully submits this scheduling notification proposing the following deadline for the filing of his opening brief and joint appendix in the above-referenced appeal.

## Relevant Filing Dates

- Notice of Appeal (re-filed): August 7, 2026
- Form C and Form D filed: August 21, 2026
- Transcript ordered: Hearing of April 16, 2026

## Proposed Briefing Schedule

Consistent with Local Rule 31.2(a)(1)(A), which permits Appellant to propose a deadline that is not more than 91 days from the later of the filing of Form D or receipt of the last transcript, Appellant proposes the following:

MOSER LAW FIRM
LABOR LAW | DERECHO LABORAL

| Filing | Proposed Deadline |
| --- | --- |
| Appellant's Opening Brief and Joint Appendix | November 20, 2026 (91 days from filing of Form D on August 21, 2026, or such later date measured from receipt of the 4/16/2026 hearing transcript, whichever is later) |
| Appellee's Brief | Per FRAP 31(a)(1) — 30 days after service of Appellant's brief |
| Appellant's Reply Brief | Per FRAP 31(a)(1) — 21 days after service of Appellee's brief |

Appellant respectfully requests that the Court adopt the foregoing schedule.

Thank you for your consideration of this request.

Respectfully submitted,

*Steven J. Moser, Esq.*

Steven J. Moser
MOSER LAW FIRM, PC
Counsel for Plaintiff-Appellant Esteban Marquez
1.2

CC: All counsel of record (via CM/ECF)